Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND<br>Plaintiffs,<br><br>vs.<br><br>TRIUMFO, INC., a Nevada corporation; Prasad Darekar, an individual,<br><br>Defendants. | CASE NO.<br><br>**STIPULATED/CONSENT JUDGMENT** |

Defendants Triumfo, Inc. ("Employer") and Prasad Darekar ("Guarantor"), hereby stipulate and consent to entry of judgment in favor of Plaintiffs, the Boards of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and the Teamsters Convention Industry Training Fund ("Trust Funds"), and against Employers and Guarantor, jointly and severally, in the total sum of $81,054 for delinquent employee benefit contributions and related costs and fees owed under the Employee Retirement Income Security Act of 1974 ("ERISA").

The parties have stipulated and therefore the Court finds:

1. Under the CBA and the Trust Agreements, Employer is obligated to pay employee benefit contributions to the Trust Funds on behalf of their bargaining unit employees represented by the Union.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

2. Employer owes the Trust Funds $76,054 in employee benefit contributions, fees, interest and liquidated damages to date for the time period of March 1, 2016, through December 31, 2019.

3. In addition, in the event this judgment must be executed, the Trust Funds will incur additional fees and costs determined by the parties to be at least $5,000, which are therefore included herein.

4. This Stipulated/Consent Judgment is entered into by and between the Employer and the Trust Funds for employee benefit contributions and related costs and fees owed to the Trust Funds required by ERISA.

5. The Verification is made in compliance with NRS 17.100 and is made without notarization due to Prasad Darekar being out of the country during the COVID-19 pandemic. All parties are sophisticated parties that agree that the Verification substantially complies with NRS 17.100, and waive any and all potential compliance defenses based on NRS 17.100. Moreover, all parties are estopped from impeaching or otherwise challenging the entry of this judgment based on any defense that this Stipulated/Consent Judgment is unverified.

///

///

///

6. Guarantor agrees to be jointly and severally liable personally for payment of this judgment in the event Employer defaults or otherwise fails to pay the amounts owed under this Stipulated/Confessed Judgment.

April ~~February~~ 28, 2021. February _____, 2021.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP

Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for the Trust Funds

TRIUMFO, INC.

Prasad Darekar, individually, as Guarantor and on behalf of Employer, Triumfo, Inc.
c/o William Daniels
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654-4688
Email: wdaniels@lanermuchin.com

**JUDGMENT**

Judgment is hereby entered against Employer and Guarantor, jointly and severally, and in favor of the Trust Funds in the amount of $81,054.

Dated this _____ day of _______________, 20___.

_______________________________________
U.S. DISTRICT COURT JUDGE

**VERIFICATION**

I, Prasad Darekar, declares, under penalty of perjury of the law of the State of Nevada:

That I am the General Manager of Triumfo, Inc., a Nevada corporation, and am duly authorized to execute this document on its behalf; that I have read the foregoing Stipulated/Consent Judgment and know the contents thereof; that the same is true of my own knowledge, except for those matters therein stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Prasad Darekar

Prasad Darekar

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101